```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0271--CV (RRB)
            "JANSSEN CONTRACTING CO INC V JON P. COLMAN ET"
```

Including terminated parties, excluding terminated counsel

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:
      Referral Rule:
              Filed: 11/10/04
             Closed: 10/27/05

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

      Nature of Suit: (893) Environmental Matters

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $150.00 on 11/10/04 receipt # 00124484
           Trial by: Jury
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | JANSSEN CONTRACTING CO INC | Thomas S. Gingras<br>Eide Miller & Pate<br>425 G Street, Suite 930<br>Anchorage, AK 99501<br>907-279-0930<br>FAX 907-279-0933 |
| DEF 1.1 | COLMAN, JON P. | Robert Blasco<br>Robertson Monagle et al<br>801 W. 10th Street, Suite 300<br>Juneau, AK 99802<br>907-586-3340<br>FAX 907-586-6818 |
| DEF 2.1 | NORTHWEST HYGIENETICS INC | Robert Blasco<br>(see above) |
| DEF 3.1 | ANCHORAGE SCHOOL DISTRICT | W. Michael Stephenson<br>Jermain Dunnagan et al<br>3000 A Street, Suite 300<br>Anchorage, AK 99503<br>907-563-8844 |
| DEF 4.1 | WESTERN VENTURES INC | Michael A. Brain<br>Royce & Brain<br>1407 W. 31st Avenue, 7th Floor<br>Anchorage, AK 99503-3678<br>907-258-6792 |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A04-0271--CV (RRB)
                     "JANSSEN CONTRACTING CO INC V JON P. COLMAN ET"

                                    For all filing dates
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 11/10/04
            Closed: 10/27/05

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (893) Environmental Matters

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 11/10/04 receipt # 00124484
          Trial by: Jury
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 11/10/04 | Complaint filed; Summons issued. |
| 2 - | 1 | 11/10/04 | PLF 1 Notice of related case. |
| 3 - | 1 | 11/10/04 | PLF 1 Jury Demand. |
| 4 - | 1 | 11/15/04 | JKS Minute Order that by agreement of the judges this case is reassigned to Judge Beistline for all further proceedings. Use case number A04-0271 CV (RRB) on all future filings. cc: cnsl, Judge Beistline |
| 5 - | 1 | 11/19/04 | DEF 4 Attorney Appearance of W. Brain. |
| 6 - | 1 | 11/24/04 | PLF 1 Return of Service Executed re: DEF 1 & 2 on 11/16/04; DEF 3 on 11/12/04 & DEF 4 by filing of atty appearance on 11/19/04. |
| 7 - | 1 | 12/02/04 | DEF 3 Attorney Appearance of M. Stephenson. |
| 8 - | 1 | 12/28/04 | PLF 1 Notice regarding agreement to extend time until 1/12/05 to for defendants to file an answer. |
| 9 - | 1 | 01/10/05 | DEF 1-2 Attorney Appearance of R. Blasco. |
| 10 - | 1 | 01/11/05 | DEF 3 Answer to Complaint. |
| 11 - | 1 | 02/02/05 | RRB Minute Order plf is required to take action as to case not at issue. Plf to require an answer for apply for default w/in 20 days. cc: cnsl |
| 12 - | 1 | 02/10/05 | DEF 4 Answer to Complaint. |
| 13 - | 1 | 02/22/05 | Stipulation for extension of time until 3/6/05 for J. Coleman & NW Hygienetics, Inc. to file their answer. |
| 13 - | 2 | 02/23/05 | RRB Order granting stipulation for extension of time until 3/6/05 for J. Coleman & NW Hygienetics, Inc to file their answer (13-1). cc: cnsl |
| 14 - | 1 | 03/10/05 | DEF 1-2 Answer to Complaint. |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A04-0271--CV (RRB)
                  "JANSSEN CONTRACTING CO INC V JON P. COLMAN ET"

                                  For all filing dates


 Document #   Filed      Docket text

    15 -  1   03/11/05   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 28 days from svc of this ord. cc: cnsl

    16 -  1   03/14/05   DEF 1-2 Address Change Notice.

    17 -  1   04/11/05   DEF 1-2 Stipulation  regarding pretrial planning and request for
                         scheduling and planning conference.

    17 -  2   04/14/05   RRB Order granting stipulation regarding pretrial planning and request
                         for scheduling (17-1).  A S&P conference is set for 4/29/05 at 9:00 a.m.
                         cc: cnsl

    18 -  1   04/29/05   RRB Court Minutes [ECR: Caroline Edmiston] re Scheduling and Planning
                         Conference (held 04/29/05); Plf to file Disp Mot on or before 05/27/05.
                         cc: cnsl

    19 -  1   05/27/05   PLF 1 motion for a rule of law on the application of 40 CFR 763.80 et
                         seq & 29 CFR 1926.1101 to the King Career Center code upgrades w/att
                         memo & exhs.

    20 -  1   06/22/05   (Set Aside per Order at Dkt 23) RRB Order re mot for a rule of law on
                         the application of 40 CFR 763.80 et seq & 29 CFR (19-1).  cc: cnsl

    21 -  1   06/24/05   PLF 1; DEF 1-4 Stipulation for extension of time until 8/5/05 for
                         defendants to file a response to plf's mot for rule of law or a mot
                         pursuant to Rule 56(f).

    22 -  1   06/24/05   DEF 1-2 Unopposed motion to set aside order pending response by
                         defendants per stipulation of the parties.

    21 -  2   06/27/05   RRB Order granting  Stipulation for extension of time until 8/5/05 for
                         defendants to file oppo to plf's motion for rule of law or motion
                         pursuant to Rule 56(f) (21-1).  cc: cnsl

    23 -  1   06/27/05   RRB Order granting unopposed motion to set aside order pending response
                         by defendants (22-1). cc: cnsl

    24 -  1   08/02/05   PLF 1; DEF 1-4 joint and unopposed motion for ext of time to file
                         response & reply to pending motion for rule of law.

    25 -  1   08/08/05   RRB Order granting joint & unoppo mot for ext of time to file response &
                         reply (24-1); defs' responses due 8/19/05; plfs' reply due 9/9/05. cc:
                         cnsl

    25A-  1   08/18/05   DEF 1-2 opposition to PLF 1 motion for a rule of law on the application
                         of 40 CFR 763.80 et seq & 29 CFR 1926.1101 to the King Career Center
                         code upgrades (19-1) w/att exhs.

    25A-  2   08/18/05   DEF 1-2 motion (cross) for summary judgment w/att exhs.

    25A-  3   08/18/05   DEF 1-2 cross-motion to dismiss defendants Jon P. Colman & NW
                         Hygienetics, Inc.

    25B-  1   08/18/05   DEF 1-2 Request for Oral Argument re: PLF 1 motion for a rule of law on
                         the application of 40 CFR 763.80 et seq & 29 CFR 1926.1101 to the King
                         Career Center code upgrades (19-1).


 ACRS: R_VDSDX              As of 12/01/05 at 3:22 PM by GARRY                     Page 2
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A04-0271--CV (RRB)
                       "JANSSEN CONTRACTING CO INC V JON P. COLMAN ET"

                                     For all filing dates


 Document #    Filed      Docket text

    26 -  1  08/19/05   DEF 3 Stipulation to extend deadline for Anchorage School District to
                        file it's response brief to plf's rule of law motion.

    26 -  2  08/22/05   RRB Order granting stipulation to extend deadline until 8/25/05 for
                        Anchorage School District to file response to plf's rule of law motion
                        (26-1).   cc: cnsl

    27 -  1  08/25/05   DEF 3 opposition to PLF 1 motion for a rule of law on the application of
                        40 CFR 763.80 et seq & 29 CFR 1926.1101 to the King Career Center code
                        upgrades  (19-1) w/att exhs.

    28 -  1  09/06/05   PLF 1; DEF 3-4 Stipulation for ext of time until 9/16/05 to oppose
                        cross-mot for sj & until 9/30/05 for Colman & NHI to file reply.

    29 -  1  09/09/05   PLF 1 reply to opposition to PLF 1 motion for a rule of law on the
                        application of 40 CFR 763.80 et seq & 29 CFR 1926.1101 to the King
                        Career Center code upgrades (19-1).

    30 -  1  09/12/05   DEF 1-2 Amended Stipulation for extension of time until 10/12/05 to file
                        Colman and NW Hygienetics reply to the cross-motions for sj and
                        dismissal.

    28 -  2  09/13/05   RRB Order granting Stipulation for ext of time until 9/16/05 to oppose
                        cross-mot for sj and reply due by 9/16/05 (28-1).   cc: cnsl

    30 -  2  09/13/05   RRB Order granting Amended Stipulation for extension of time until
                        10/12/05 to file Colman's reply to the cross-motions for sj and
                        dismissal (30-1).   cc: cnsl

    31 -  1  09/15/05   DEF 4 opposition to PLF 1 motion for a rule of law on the application of
                        40 CFR 763.80 et seq & 29 CFR 1926.1101 to the King Career Center code
                        upgrades (19-1).

    32 -  1  09/16/05   PLF 1 opposition to DEF 1-2 motion (cross) for summary judgment (25A-2)
                        w/att exhs.

    33 -  1  09/16/05   PLF 1 opposition to DEF 1 motion cross-motion to dismiss defendnt Jon P.
                        Colman & NW Hygienetics, Inc. (25A-3).

    34 -  1  09/16/05   DEF 3 opposition to DEF 1-2 motion (cross) for summary judgment (25A-2),
                        DEF 1 motion cross-motion to dismiss defendnt Jon P. Colman & NW
                        Hygienetics, Inc. (25A-3).

    35 -  1  09/20/05   PLF 1 Errata re: DEF 1-2 motion (cross) for summary judgment w/att exhs.
                        (25A-2), DEF 1 motion cross-motion to dismiss defendnt Jon P. Colman &
                        NW Hygienetics, Inc. (25A-3).

    36 -  1  10/12/05   DEF 1 reply to opposition to DEF 1 motion cross-motion to dismiss
                        defendant Jon P. Colman & NW Hygienetics, Inc. (25A-3).

    37 -  1  10/12/05   DEF 1 reply to opposition to DEF 1-2 motion (cross) for summary judgment
                        (25A-2).

    38 -  1  10/12/05   DEF 1-2 Notice of filing faxed signature of Jon P. Colman.

    39 -  1  10/17/05   DEF 1-2 Notice of filing aff of J. Colman w/orig signature reply to oppo
                        re: DEF 1-2 motion (cross) for summary judgment(25A-2)w/att aff.

 ACRS: R_VDSDX                As of 12/01/05 at 3:22 PM by GARRY                      Page 3
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A04-0271--CV (RRB)
                         "JANSSEN CONTRACTING CO INC V JON P. COLMAN ET"

                                       For all filing dates

Document #    Filed       Docket text
_____    _____  _____

  40 -   1    10/26/05    RRB Order denying motion for a rule of law on the application of 40 CFR
                          763.80 et seq & 29 CFR (19-1), motion (cross) for summary judgment
                          (25A-2); granting motion cross-motion to dismiss defendants Jon P.
                          Colman & NW Hygienetics, Inc (25A-3). This matter is dismissed in its
                          entirety.  cc: cnsl

  41 -   1    10/27/05    RRB Judgment that this case is dismissed in its entirety.  cc: cnsl, O&J
                          11898

  42 -   1    11/10/05    DEF 1-2 motion for one day extension of time to file motion for attorney
                          fees w/att mot for attorney fees.

  43 -   1    11/14/05    DEF 1-2 Notice of filing affs of A. Mead w/orig signature re: DEF 1-2
                          motion for one day extension of time to file motion for attorney fees
                          (42-1) w/att affs.

  44 -   1    11/23/05    PLF 1 opposition to DEF 1-2 mot for 1 day ext of time to file mot for
                          atty fees (42-1).

  44 -   2    11/23/05    PLF 1 opposition to motion for attorney's fees.
```