FILED
DEC 1 4 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ PD _____ Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JANSSEN CONTRACTING   v.   COLMAN, et al.

DATE:   December 13, 2005    CASE NO.   A04-0271 CV (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS GRANTING RECONSIDERATION**

---

The Court is in receipt of Plaintiff's Motion to Reconsider Award of Attorney Fees to Colman and Northwest Hygienetics (Docket 49). Pursuant to D. Ak. LR 59.1(d), Defendants have until the close of business on **Tuesday, December 27, 2005**, in which to file a response to Plaintiff's motion, after which the Court will take the matter under advisement.

12-14-05
A04-0271--CV (RRB)
-----------------------------------------------
R. BLASCO
M. BRAIN (ROYCE)
W. STEPHENSON (JERMAIN)
T. GINGRAS (EIDE)

50