Thomas S. Gingras, Esq.
Alaska Bar No. 7811098
EIDE, GINGRAS & PATE, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
Tel. (907) 279-0930
Fax. (907) 279-0933
E-mail thomas.gingras@empalaska.com

Attorneys for Plaintiff
   Janssen Contracting Company, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANSSEN CONTRACTING COMPANY, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| JON P. COLMAN, NORTHWEST HYGIENETICS, INC., ANCHORAGE SCHOOL DISTRICT, WESTERN VENTURES, INC. d/b/a CASCADE ENVIRONMENTAL, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| | ) Case No. A04-271 CV (RRB) |

**NOTICE OF APPEAL
TO THE NINTH CIRCUIT COURT OF APPEALS
OF AWARD OF ATTORNEYS' FEES TO DEFENDANTS JON P.
COLMAN AND NORTHWEST HYGIENETICS', INC.**

Notice of Appeal of Award of Attorney's Fees                                    Page No. 1 of 3
*Janssen Contracting Company, Inc. v. Jon P. Colman, et al.*
Case No. A04-271 CV (RRB)

Plaintiff Janssen Contracting Company, Inc. appeals to the United States Court of Appeals Ninth Circuit from the District Court's Order Granting One Day Extension and Attorney's Fees filed on December 6, 2005 and the District Court's Order Denying Motion to Reconsider filed January 25, 2006.

DATED at Anchorage, Alaska this 17th day of February 2006.

EIDE, GINGRAS & PATE, P.C.
Janssen Contracting Company, Inc.

s/ Douglas O. Moody, Esq.
425 G Street, Suite 930
Anchorage, AK 99501
Phone: (907) 279-0930
Fax: (907) 279-0933
Douglas.moody@egpalaska.com
Alaska Bar No. 9007051

Notice of Appeal of Award of Attorney's Fees
*Janssen Contracting Company, Inc. v. Jon P. Colman, et al.*
Case No. A04-271 CV (RRB)

Page No. 2 of 4

## CERTIFICATE OF SERVICE

I certify that on February 17, 2006, the foregoing Notice of Appeal to the Ninth Circuit Court of Appeals of Award of Attorney's fees to Defendants Jon P. Colman and Northwest Hygienetics', Inc. was served electronically on:

Attorney for Western Ventures d/b/a Cascade Environmental
Michael A. Brain, Esq.
Law Offices of Royce & Brain
1407 West 31st Avenue, 7th Floor
Anchorage, AK 99503-3678

Attorneys for Jon Colman & Northwest Hygienetics, Inc.
Robert P. Blasco, Esq.
Robertson, Monagle & Eastaugh
801 West 10th Street, Suite 300
Juneau, AK 99802

And via First Class Mail on:

Attorneys for Anchorage School District
Michael Stephenson, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503

s/ Douglas O. Moody, Esq.
425 G Street, Suite 930
Anchorage, AK 99501
Phone: (907) 279-0930
Fax: (907) 279-0933
Douglas.moody@egpalaska.com
Alaska Bar No. 9007051

Notice of Appeal of Award of Attorney's Fees
*Janssen Contracting Company, Inc. v. Jon P. Colman, et al.*
Case No. A04-271 CV (RRB)

Page No. 3 of 4

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax