A-11 (rev. 7/00)                                                                              Page 1 of 2



| USCA DOCKET # (IF KNOWN) |
| --- |
| |

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL:<br>JANSSEN CONTRACTING COMPANY, Inc.,<br><br>v.<br><br>JON P. COLMAN, NORTHWEST HYGIENETICS,<br>INC., ANCHORAGE SCHOOL DISTRICT,<br>WESTERN VENTURES, Inc. d/b/a CASCADE<br>ENVIRONMENTAL, | DISTRICT: ALASKA            JUDGE:  RALPH R. BEISTLINE |
| --- | --- |
| | DISTRICT COURT NUMBER: A04-271 CV (RRB) |
| | DATE NOTICE OF APPEAL FILED: / IS THIS A CROSS-APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**
Declaratory judgment action seeking interpretation and application of rederal regulations dismissed for lack of jurisdiction.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**
Propriety of 28 U.S.C. Sec. 2202 as a basis for awarding attorneys fees.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POSTJUDGMENT MOTIONS):**
A04-247 CV (RRB) Janssen Contracting Compnay, Inc. v. Jon P. Colman and Northwest Hygienetics, Inc.
Pending malpractice action against John P. Colman and Northwest Hygienetics, Inc.

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐  Possibility of settlement

☐  Likelihood that intervening precedent will control outcome of appeal

☐  Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify) _____

_____

☐   Any other information relevant to the inclusion of this case in the Mediation Program _____

_____

☐  _____

Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

## LOWER COURT INFORMATION

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |

**JURISDICTION**

**FEDERAL**

☒ FEDERAL QUESTION

☐ DIVERSITY

☐ OTHER (SPECIFY):

**APPELLATE**

☒ FINAL DECISION OF DISTRICT COURT

☐ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT

☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):

☐ OTHER (SPECIFY):

**TYPE OF JUDGMENT/ORDER APPEALED**

☐ DEFAULT JUDGMENT

☐ DISMISSAL/JURISDICTION

☐ DISMISSAL/MERITS

☐ SUMMARY JUDGMENT

☐ JUDGMENT/COURT DECISION

☐ JUDGMENT/JURY VERDICT

☐ DECLARATORY JUDGMENT

☐ JUDGMENT AS A MATTER OF LAW

☒ OTHER (SPECIFY): Order awarding attorneys fees

**RELIEF**

☐ DAMAGES: SOUGHT $_____ AWARDED $_____

☐ INJUNCTIONS:

☐ PRELIMINARY

☐ PERMANENT

☐ GRANTED

☐ DENIED

☒ ATTORNEY FEES: SOUGHT $ 16,410.00 AWARDED $ 16,410.00

☐ PENDING

☐ COSTS: $_____

## CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**

1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.

2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).

3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.

4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

_____ Signature

2/17/06 Date

## COUNSEL WHO COMPLETED THIS FORM

| NAME: | Douglas O. Moody, Esq. |
|---|---|
| FIRM: | Eide, Gingras & Pate P.C. |
| ADDRESS: | 425 G Street, Suite 930 Anchorage, Alaska 99515 |
| E-MAIL: | douglas.moody@egpalaska.com |
| TELEPHONE: | (907) 279-0933 |
| FAX: | (907) 279-0933 |

**＊THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL＊**
**＊IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS＊**