FILED

DEC 0 6 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____PD_____
                    Deput

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANSSEN CONTRACTING COMPANY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>JON P. COLMAN; NORTHWEST HYGIENETICS, INC.; ANCHORAGE SCHOOL DISTRICT; WESTERN VENTURES, INC., d/b/a CASCADE ENVIRONMENTAL,<br><br>Defendants. | Case No. A04-0271 CV (RRB)<br><br>**ORDER GRANTING ONE DAY EXTENSION AND ATTORNEY FEES** |

Before the Court are Defendants Colman and Northwest Hygienetics with a Motion for One Day Extension of Time and attached Motion for Attorney's Fees (Docket 42). Plaintiff filed an Opposition to Motion for Attorney's Fees and Motion for Extension of Time (Docket 44), and Defendants filed a Reply in Support of Motion for Attorney's Fees and Motion for Extension of Time (Docket 45).

Defendants' Motion for One Day Extension is **GRANTED**. For the reasons set forth by Defendants in their pleadings at Dockets

ORDER GRANTING ONE DAY EXTENSION AND ATTORNEY FEES - 1
A04-0271 CV (RRB)

46

42 and 45, Defendants are awarded attorney fees in the amount of $16,410.00

    ENTERED this 2 day of December, 2005.

*[signature]*

RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

PD 12-6-05

A04-0271--CV (RRB)

T. GINGRAS (EIDE)

---

R. BLASCO
M. BRAIN (ROYCE)
W. STEPHENSON (JERMAIN)

ORDER GRANTING ONE DAY EXTENSION AND ATTORNEY FEES - 2
A04-0271 CV (RRB)