# REPRESENTATION STATEMENT

The parties to the District Court action and the names and the names and addresses of their respective attorneys are as follows:

| | |
|---|---|
| Appellant: | Janssen Contracting Company, Inc.<br>Eide, Gingras & Pate, P.C.<br>425 G Street, Suite 930<br>Anchorage, Alaska 99501<br>Tel. (907) 279-0930<br>Fax (907) 279-0933 |
| Appellee: | Jon P. Colman and Northwest Hygienetics, Inc.<br>Robertson, Monagle & Eastaugh, P.C.<br>Goldbelt Place, Suite 300<br>801 West 10th Street<br>Juneau, AK 99801<br>Tel. (907) 586-3340<br>Fax (907) 586-6818 |
| Other Party: | Western Ventures d/b/a Cascade Environmental<br>Michael A. Brain, Esq.<br>Law Offices of Royce & Brain<br>1407 West 31st Avenue, 7th Floor<br>Anchroage, AK 99503-3687<br>Tel. (907) 258-6792<br>Fax (907) 276-2919 |
| Other Party: | Anchorage School District<br>Michael Stephenson, Esq.<br>Jermain, Dunnagan & Owens, P.C.<br>3000 A Street, Suite 300<br>Anchorage, Alaska 99503<br>Tel. (907) 563-8844<br>Fax (907) 563-7322 |

REPRESENTATION STATEMENT
*Janssen Contracting Company, Inc. v. Jon P. Colman, et al.*
Case No. A04-271 CV (RRB)

Page No. 1 of 1