Thomas S. Gingras, Esq.
Alaska Bar No. 7811098
EIDE, GINGRAS & PATE, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
Tel. (907) 279-0930
Fax. (907) 279-0933
E-mail thomas.gingras@empalaska.com

Attorneys for Plaintiff
  Janssen Contracting Company, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANSSEN CONTRACTING COMPANY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| JON P. COLMAN, NORTHWEST HYGIENETICS, INC., ANCHORAGE SCHOOL DISTRICT, WESTERN VENTURES, INC. d/b/a CASCADE ENVIRONMENTAL, | ) ) ) ) ) ) |
| Defendants. | ) ) |
| _____ | ) Case No. A04-271 CV (RRB) |

**CERTIFICATE OF SERVICE**

Certificate of Service re Transcript Designation Form                     Page No. 1 of 2
*Janssen Contracting Company, Inc. v. Jon P. Colman, et al.*
Case No. A04-271 CV (RRB)

I certify that on March 7, 2006, a copy of the United States District Court District of Alaska Transcript Designation From was served electronically on:

**Attorney for Western Ventures d/b/a Cascade Environmental**
Michael A. Brain, Esq.
Law Offices of Royce & Brain
1407 West 31st Avenue, 7th Floor
Anchorage, AK 99503-3678

**Attorneys for Jon Colman & Northwest Hygienetics, Inc.**
Robert P. Blasco, Esq.
Robertson, Monagle & Eastaugh
801 West 10th Street, Suite 300
Juneau, AK 99802

And via First Class Mail on:

**Attorneys for Anchorage School District**
Michael Stephenson, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503

s/ Douglas O. Moody, Esq.
425 G Street, Suite 930
Anchorage, AK 99501
Phone: (907) 279-0930
Fax: (907) 279-0933
Douglas.moody@egpalaska.com
Alaska Bar No. 9007051

F:\245\18\.pleadings\Cert of Service re trans designation.doc

Certificate of Service re Transcript Designation Form
*Janssen Contracting Company, Inc. v. Jon P. Colman, et al.*
Case No. A04-271 CV (RRB)

Page No. 2 of 2

**Eide, Gingras & Pate P.C.**
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax