UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

*RECEIVED MAR 3 1 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA*

06-35945

**CASE INFORMATION:**
Short Case Title: Janssen Contracting v Jon P Colman, Northwest Hygientics et al
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Ralph R Beistline, 3:04-cv-00271-RRB
Date Complaint/Indictment/Petition Filed: 11/10/2004
Date Appealed Order/Judgment *entered*: 1/25/2006
Date NOA *filed*: 2/17/2006

Court Reporter(s) Name and Phone Number: Tina J Grothause (907) 451-5791

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: 2/17/2006        Date Docket Fee billed: _
Date FP granted: _                      Date FP denied: _
Is FP pending? no                       Was FP Limited/Revoked?
US Government Appeal? no
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                      Appellee Counsel:
Thomas S Gingras, Esq                   Robert Blasco
425 G Street Ste 930                    801 W 10th St Ste 300
Anchorage, AK 99501                     Juneau, AK 99801
(907)279-0930                           (907)586-3340
(907)279-0933 Fax                       (907)586-6818 Fax

X  retained    __CJA    __FPD    __FPD    __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _           Address: _
Custody: _
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _      9th Circuit Docket Number: _

Name and phone number of person completing this form: Tina J Grothause
                                                      (907) 451-5791