RECEIVED
MAY 25 2006

FILED
MAY 22 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| JANSSEN CONTRACTING CO INC,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>JON P. COLMAN; et al.,<br><br>Defendants - Appellees. | No. 06-35245<br><br>D.C. No. CV-04-00271-RRB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

The court will initiate a further assessment conference by telephone on June 6, 2006, at 3:00 p.m. **PACIFIC (San Francisco) Time.**

The briefing schedule previously set by the court is amended as follows: appellant shall file an opening brief on or before July 6, 2006; appellees shall file an answering brief on or before August 7, 2006; appellant may file an optional reply brief within fourteen (14) days from the service date of the answering brief.

FOR THE COURT

*Stephen Liacouras*

Stephen Liacouras
Circuit Mediator

S:\CASES\2006\06-35245\06-5-18-fu^bs.wpd