UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 16 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JANSSEN CONTRACTING CO INC, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> JON P. COLMAN; et al., <br><br> Defendants - Appellees. | No. 06-35245 <br><br> D.C. No. CV-04-00271-RRB <br> District of Alaska, <br> Anchorage <br><br> ORDER |

RECEIVED

JUN 19 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The court has determined that this appeal will not be selected for inclusion in the Mediation Program.

The briefing schedule previously set by the court is amended as follows: appellant shall file an opening brief on or before August 31, 2006; appellees shall file an answering brief on or before October 2, 2006; appellant may file an optional reply brief within fourteen (14) days from the service date of the answering brief.

Counsel are requested to contact the undersigned at (415) 556-9959 should circumstances develop that warrant further settlement discussions while the appeal is pending.

FOR THE COURT

*[signature]*

Stephen Liacouras
Circuit Mediator