UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
OCT 17 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

RECEIVED
OCT 20 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| JANSSEN CONTRACTING CO INC,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>JON P. COLMAN; et al.,<br><br>Defendants - Appellees. | No. 06-35245<br><br>D.C. No. CV-04-00271-RRB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). Costs and fees shall be allocated pursuant to the parties' stipulation.

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 17 2006

by: _____
     Deputy Clerk

For the Court:
CATHY A. CATTERSON
Clerk of the Court

_____
Teresa A. Haugen, Deputy Clerk
9th Cir. R. 27-7/Advisory Note to R. 27
and 9th Cir. R. 27-10

promo 10.9